# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 18-08246-AB (GJSx) | Date: | February 21, 2020 |

Title: Baxter Bailey and Associates v. Ready Pac Foods, Inc. et al

---

Present: The Honorable  **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Richard Lewis Grant | Andrew D Kehagiaras |
| | Lawrence H Meuers (Telephonic) |

**Proceedings:** READY PAC FOODS, INC.'S MOTION FOR SUMMARY JUDGMENT [41]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.