**ROBERTS & KEHAGIARAS LLP**
Andrew D. Kehagiaras, Esq. (State Bar No. 207767)
adk@tradeandcargo.com
One World Trade Center, Suite 2350
Long Beach, CA 90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for defendant READY PAC FOODS, INC.

**MEUERS LAW FIRM, P.L.**
Lawrence H. Meuers, Esq. (State Bar No. 197663)
lmeuers@meuerslawfirm.com
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513.9677

Attorneys for defendant TKM-BENGARD FARMS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BAXTER BAILEY & ASSOCIATES,<br><br>Plaintiff,<br><br>vs.<br><br>READY PAC FOODS, INC.; TKM-BENGARD FARMS, LLC; and DOES, 1 to 100,<br><br>Defendants. | **Case No. 2:18-cv-08246-AB-GJS**<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT** |

**TO THE HONORABLE COURT:**

Further to the Court's order of February 26, 2020, defendants Ready Pac Foods, Inc. and TKM-Bengard Farms, LLC respectfully lodge the proposed judgment attached as Exhibit "A" to this notice.

Dated: February 27, 2020        ROBERTS & KEHAGIARAS LLP

                        By:    s/Andrew D. Kehagiaras
                               Attorneys for defendant
                               READY PAC FOODS, INC.

Dated: February 27, 2020        MEUERS LAW FIRM, P.L.

                        By:    s/Lawrence H. Meuers
                               Attorneys for defendant
                               TKM-BENGARD FARMS, LLC

Further to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 27, 2020        ROBERTS & KEHAGIARAS LLP

                        By:    s/Andrew D. Kehagiaras
                               Attorneys for defendant
                               READY PAC FOODS, INC.