JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BAXTER BAILEY & ASSOCIATES, | Case No. 2:18-CV-08246-AB-GJS |
| Plaintiff, | **[~~PROPOSED~~] JUDGMENT** |
| vs. | [Fed. R. Civ. P. 56, L.R. 56–1] |
| READY PAC FOODS, INC.; TKM-BENGARD FARMS, LLC; and DOES, 1 to 100, | TIME: 10:00 a.m.<br>DATE: February 21, 2020<br>CRTRM.: 7B |
| Defendants. | |

The motion for summary judgment of defendants Ready Pac Foods, Inc. ("Ready Pac") and TKM-Bengard Farms, LLC ("TKM") came on for hearing on February 21, 2020 in Courtroom 7B before the Honorable André Birotte Jr. The Court, having granted the defendants' motion for summary judgment, enters judgment in favor of Ready Pac and TKM and against plaintiff Baxter Bailey & Associates ("Baxter").

IT IS ORDERED AND ADJUDGED that:

1. Baxter's complaint in the above-captioned action is dismissed with prejudice; and

2. Baxter take nothing from either Ready Pac or TKM.

IT IS SO ORDERED.

Dated: March 11, 2020

_____
André Birotte Jr.
United States District Judge